CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS SHARRON PIGGEE,<br>Petitioner, | ) ) ) | Civil Action No. 7:09-cv-00027 |
| v. | ) ) ) | **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | ) ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED**; petitioner's motion for a preliminary injunction is **DENIED as moot**; and the case

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

ENTER: This 12th day of February, 2009.

/s/ James C. Turk
Senior United States District Judge